## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attor
standing of this Court's general bar or be granted lea
by Local Rules 83.12 through 83.14.

07CV6517
JUDGE CASTILLO
MAG. JUDGE COLE

In the Matter of

Terence Jerman and Theresa Harskey,
v.
Home Depot U.S.A., Inc. d/b/a The Home Depot

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Home Depot U.S.A., Inc. d/b/a The Home Depot

**FILED**

JN NOV 1 6 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Mark E. Parsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark E. Parsky | |
| FIRM <br> McVey & Parsky, LLC | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6184456 | TELEPHONE NUMBER <br> 312-551-2130 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐