IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

**FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Home Depot U.S.A., Inc. ("Home Depot") states that Home Depot International, Inc. owns 100% of the Home Depot's stock.

Home Depot is an indirect and principal operating subsidiary of The Home Depot, Inc.

Respectfully Submitted,

HOME DEPOT U.S.A., INC.

_____
John P. McCorry
Attorney No. 6280573
Attorney for Defendant, Home Depot

Mark E. Parsky
Paul V. Kaulas
Edward F. McGinnis
John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL  60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: jpm@mcveyparsky-law.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN AND THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. |
| v. | ) ) | |
| HOME DEPOT U.S.A., INC., a foreign corporation, d/b/a THE HOME DEPOT, | ) ) ) | **JURY DEMAND** |
| Defendant. | ) ) | |

To: Paul G. O'Toole
Reibman, Hoffman, Baum Hirsch & O'Toole
20 N. Clark Street, Suite 1700
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, the undersigned, on oath state that I served the following documents this 16th day of November, 2007, by U.S. Mail to the above listed attorneys of record at their listed addresses: *Civil Cover Sheet*; *Notice of Removal*; *FRCP 7.1 Disclosure Statement*; and *Appearances for attorneys Mark E. Parsky, Paul V. Kaulas; Edward F. McGinnis; and John P. McCorry*.

Respectfully Submitted,

HOME DEPOT U.S.A., INC.

_____
John P. McCorry
Attorney No. 6280573
Attorney for Defendant, Home Depot

Mark E. Parsky
Paul V. Kaulas
Edward F. McGinnis
John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: jpm@mcveyparsky-law.com