**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| TERENCE JERMAN AND THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) | |
| HOME DEPOT U.S.A., INC., a foreign corporation, d/b/a THE HOME DEPOT, | ) ) ) | **JURY DEMAND** |
| Defendant. | ) ) | |

To:  Paul G. O'Toole
      Reibman, Hoffman, Baum Hirsch & O'Toole
      20 N. Clark Street, Suite 1700
      Chicago, IL 60602
      potoolerhb@ameritech.net

## CERTIFICATE OF SERVICE

I, the undersigned, on oath hereby state that on this 20th day of November, 2007, I electronically filed Defendant Home Depot U.S.A., Inc.'s Answer and Affirmative Defenses to Plaintiffs' Complaint using the Northern District of Illinois' CM/ECF System, and served the same on the above listed attorney of records via the CM/ECF system.

Respectfully Submitted,

HOME DEPOT U.S.A., INC.

s/ John P. McCorry
John P. McCorry
Attorney No. 6280573
Attorney for Defendant, Home Depot

Mark E. Parsky
Paul V. Kaulas
Edward F. McGinnis
John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL  60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: jpm@mcveyparsky-law.com