# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6517 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Terence Jerman, et al. Vs. Home Depot USA, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of (1) a timely motion to remand or (2) an amended federal complaint. The parties are requested to fully exhaust all settlement possibilities prior to filing any further pleadings. Parties to file a joint status report by 12/18/2007. Status hearing set for 12/20/2007 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|