**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **TERENCE JERMAN and THERESA HARSKEY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.  07 C 6517** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HOME DEPOT U.S.A., INC., a foreign** | ) | |
| **Corporation, d/b/a THE HOME DEPOT** | ) | |
| | ) | |
| **Defendant.** | ) | |

To:   John P. McCorry
      McVey & Parsky, LLC
      30 N. LaSalle St., Suite 2100
      Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, the undersigned, on oath state that I served the following documents this 13th day of December, 2007, by U.S. Mail to the above listed attorneys of record at their listed addresses: ***Civil Cover Sheet; Amended Complaint***; and ***Appearances for Paul G. O'Toole; David M. Baum; Nancy L. Hirsch; and Mark A. Heftman.***

Respectfully Submitted,

TERENCE JERMAN AND THERESA HARSKEY

s/ Paul G. O'Toole
Attorney No. 6202802
Attorney for Plaintiffs

Paul G. O'Toole
David M. Baum
Nancy L. Hirsch
Mark A. Heftman
Reibman, Hoffman, Baum, Hirsch & O'Toole
20 N. Clark St., Suite 1700
Chicago, IL 60602
Phone:  (312) 372-6367
Fax: (312) 372-0531
Email: potoolerhb@ameritech.net