**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6517 |
|---|---|

Terence Jerman and Theresa Harskey,
                    Plaintiffs,

v.

Home Depost U.S.A., Inc., a foreign corporation,
d/b/a The Home Depot,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

Terence Jerman
Theresa Harskey

---

NAME (Type or print)
Paul G. O'Toole

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
        s/  Paul G. O'Toole

---

FIRM
Reibman, Hoffman, Baum, Hirsch & O'Toole

---

STREET ADDRESS
20 N. Clark St., Suite 1700

---

CITY/STATE/ZIP
Chicago, IL 60602

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202802 | (312) 372-6367 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐