# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of — Case Number: 07 C 6517

Terence Jerman and Theresa Harskey,
Plaintiffs,
v.
Home Depot U.S.A., Inc., a foreign corporation,
d/b/a The Home Depot

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terence Jerman
Theresa Harskey

| | |
|---|---|
| NAME (Type or print)<br>Mark A. Heftman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark A. Heftman | |
| FIRM<br>Reibman, Hoffman, Baum, Hirsch & O'Toole | |
| STREET ADDRESS<br>20 N. Clark St., Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280185 | TELEPHONE NUMBER<br>(312) 372-6367 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |