UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Terence Jerman, et al.
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06517
                                                Honorable Ruben Castillo

Home Depot U.S.A., Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 20, 2007:

  MINUTE entry before Judge Ruben Castillo :Status hearing held on 12/20/2007. The Court will hold a settlement conference in chambers on 1/30/2008 at 12:30 PM. Clients with settlement authority are directed to appear or be available by telephone. The parties are directed to proceed with all discovery. Plaintiff to provide all damages information to defendant. All parties are directed to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 1/18/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.