## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Terence Jerman, et al.
                             Plaintiff,

v.                                      Case No.: 1:07−cv−06517
                                        Honorable Ruben Castillo

Home Depot U.S.A., Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

     MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 1/30/2008. The Court concludes that an effective settlement conference cannot be held until all underlying insurance coverage issues regarding the plaintiff's injury have been resolved. The parties should file a written status report on this issue by 4/30/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.