IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TERENCE JERMAN and THERESA HARSKEY, ) ) ) Plaintiffs, ) ) v. ) ) HOME DEPOT U.S.A., INC., a foreign ) Corporation, d/b/a THE HOME DEPOT ) ) Defendant. ) | Case No.  07 C 6517 |

To:  John P. McCorry
**MCVEY & PARSKY, LLC**
30 N. LaSalle Street
Suite 2100
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, the undersigned, on oath state that I served the following documents on April 7, 2008, by U.S. Mail to the above listed attorney(s) of record at their listed address:

*Plaintiff Theresa Harskey's Interrogatories to Defendant*
*Plaintiff Terence Jerman's Interrogatories to Defendant; and*
*Plaintiff's Request to Produce to Defendant.*

Respectfully Submitted,


 Paul G. O'Toole
Paul G. O'Toole (#6202802)
Attorney for Plaintiffs
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark St., Suite 1700
Chicago, IL 60602
Phone:  (312) 372-6367
Fax: (312) 372-0531
Email: potoolerhb@ameritech.net