IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) ) | Judge Castillo Magistrate Judge Cole |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, | ) ) ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COME Plaintiffs Terence Jerman and Theresa Harskey and Defendant Home Depot U.S.A., Inc., by and through their attorneys, and as and for their Status Report regarding underlying insurance coverage issues, state as follows:

As this Court knows, at the settlement conference on January 30, 2008, Home Depot informed the Court that Home Depot had tendered its defense and indemnification in this matter to plaintiff's employer, Professional Manufacturers Representatives, Inc. ("PMR") and its insurer pursuant to the Agreement between Home Depot and PMR.  As of January 30, 2008, Home Depot has not received a response from either PMR or its insurer, and thus was not in a position to determine the feasibility of settlement.  This Court adjourned the settlement conference and by Order of February 1, 2008, ordered the parties to file a written status report on the status of insurance coverage by April 03, 2008.  Document #24.

Home Depot has recently received a letter from PMR's insurer, General Casualty Insurance Company, denying Home Depot's tender on the basis that Home Depot does not qualify as an insured under PMR's insurance policy and is not specifically named as an

additional insured on PMR's insurance policy. Therefore, General Casualty is currently refusing to provide Home Depot with either a defense or indemnification.

Counsel for Home Depot has informed counsel for plaintiff's regarding General Casualty's denial of coverage. All parties agree that in light of the denial, further settlement discussion would not be productive at this time. The parties request that discovery be allowed to proceed as outlined in the Initial Status Report of December 18, 2007.

**Dated: April 30, 2007**                    Respectfully Submitted,

s/ Paul G. O'Toole                            s/ John P. McCorry
One of the Attorneys for Plaintiffs           One of the Attorneys for Home Depot U.S.A., Inc.
Paul G. O'Toole (#6202802)                    John P. McCorry (#6280573)
REIBMAN, HOFFMAN, BAUM                        MCVEY & PARSKY, LLC
HIRSCH & O'TOOLE                              30 N. LaSalle St., Suite 2100
20 N. Clark Street, Suite 1700                Chicago, IL  60602
Chicago, IL  60602                            Phone: (312) 551-2130
Phone: (312) 372-6367                         Fax:    (312) 551-2131
e-mail: rhbattys@ameritech.net                e-mail: jpm@mcveyparsky-law.com

# CERTIFICATE OF SERVICE

I, the undersigned, on oath hereby state that on this 30th day of April, 2008, I electronically filed Plaintiffs' and Defendant's *Initial Status Report* using the Northern District of Illinois' CM/ECF System, and served the same on the below listed attorney of records via the CM/ECF system:

>   Paul G. O'Toole
>   Nancy L. Hirsch
>   Mark Anthony Heftman
>   David M. Baum
>   Reibman, Hoffman, Baum Hirsch & O'Toole
>   20 N. Clark Street, Suite 1700
>   Chicago, IL 60602
>   rhbattys@ameritech.net

>   s/ John P. McCorry
>   John P. McCorry
>   Attorney No. 6280573
>   Attorney for Defendant, Home Depot U.S.A., Inc.

3