JPM/CTT                              #39907                              11663

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| TERENCE JERMAN and THERESA HARSKEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, )<br>)<br>Defendant ) | Case No. 07 C 6517<br><br>Judge Castillo |

**HOME DEPOT U.S.A., INC.'S MOTION FOR LEAVE
TO FILE THIRD PARTY COMPLAINT**

Defendant, HOME DEPOT U.S.A., INC. ("HOME DEPOT") by its attorneys, McVEY & PARSKY, LLC, for its Motion for Leave to File its Third-Party Complaint against PROFESSIONAL MANUFACTURERS REPRESENTATIVES, INC. ("PMR"), states as follows:

1. HOME DEPOT has been named as a Defendant in this action in the Complaint filed by TERENCE JERMAN and THERESA HARSKEY (collectively "Plaintiffs"). Thereafter, Plaintiffs filed an Amended Complaint in this matter.

2. The Amended Complaint arises out of a personal injury that plaintiff TERENCE JERMAN alleges occurred at the HOME DEPOT store located at 2920 Audrey Avenue in Naperville, Illinois, on October 11, 2005 while he was employed with PMR. Plaintiffs claim that TERENCE JERMAN was injured during the course of his employment while resetting store shelves and setting up store displays at the subject HOME DEPOT store.

1

3. On or about June 15, 2005, HOME DEPOT and PMR entered into a written In-Store Merchandising Agreement ("Merchandising Agreement") governing the terms of the business relationship between HOME DEPOT and PMR.

4. The Merchandising Agreement provided that PMR would indemnify, defend and hold harmless HOME DEPOT against any and all loss, damage, claim, lawsuit, judgment, liability, cost or expense (including attorney's fees and settlement costs) to the extent arising out of, among other things, PMR's provision of services; any action or alleged injury to persons caused directly or indirectly, wholly or in part, by PMR, its employees, agents, or contractors; and any claims resulting, directly or indirectly, from the conduct or actions of PMR, its employees, agents or contractors.

5. The Merchandising Agreement further included an insurance provision, under which PMR was also required to obtain and maintain during the term of the Agreement Commercial General Liability insurance with limits of at least $5,000,000 per occurrence naming HOME DEPOT as an additional insured.

6. Pursuant to the Merchandising Agreement, on January 11, 2008, HOME DEPOT tendered its defense and indemnity of the Plaintiffs' Amended Complaint to PMR and PMR's insurance carrier, General Casualty Insurance Company ("General Casualty").

7. On or about March 11, 2008, General Casualty denied HOME DEPOT's tender on the basis of its claim that HOME DEPOT does not qualify as an insured under PMR's insurance policy and is not specifically named as an additional insured on PMR's insurance policy.

8. Thereafter, HOME DEPOT corresponded with General Casualty and PMR regarding General Casualty's position with respect to the tender.

9. To date, General Casualty has refused to provide HOME DEPOT with either a defense or indemnification in this matter.

10. To date, PMR has failed to provide HOME DEPOT with either a defense or indemnification in this matter

11. In light of the status of the tender, HOME DEPOT requests leave of Court to file its Third-Party Complaint against PMR. The proposed Third-Party Complaint contains three counts. The first count is for contribution pursuant to the Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01. The second count is based on PMR's contractual duty to defend and indemnify HOME DEPOT with respect to the Plaintiffs' action. The third count alleges that PMR breached its contractual duty to procure insurance. A copy of the proposed Third-Party Complaint is attached hereto as **Exhibit A.**

12. The undersigned attorney for HOME DEPOT has spoken to the attorneys for Plaintiffs who have no objection to this motion.

WHEREFORE, HOME DEPOT, U.S.A., INC. respectfully asks this Court for leave to file its Third Party Complaint against PROFESSIONAL MANUFACTURERS REPRESENTATIVES, INC.

**Dated: June 19, 2008**             Respectfully Submitted,

s/ John P. McCorry
One of the Attorneys for Home Depot U.S.A., Inc.
John P. McCorry (#6280573)
MCVEY & PARSKY, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL  60602
Phone: (312) 551-2130
Fax:    (312) 551-2131
e-mail: jpm@mcveyparsky-law.com