IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

TERENCE JERMAN AND THERESA HARSKEY, )
)
Plaintiffs, )
)
v. ) Case No.
)
)
HOME DEPOT U.S.A., INC., a foreign )
corporation, d/b/a THE HOME DEPOT, )
) **JURY DEMAND**
Defendant. )
)

## NOTICE OF REMOVAL

NOW COMES the Defendant, HOME DEPOT U.S.A., INC. ("Home Depot"), by and through its attorneys, McVEY & PARSKY, LLC, and pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, files this Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, Illinois, where the action captioned *Terence Jerman and Theresa Harskey v. Home Depot U.S.A., Inc.* (Case No. 2007 L 010696) is currently pending, and in support thereof states as follows:

1. On October 10, 2007, Terence Jerman and Theresa Harskey ("Plaintiffs") filed their Complaint in the Circuit Court of Cook County, Law Division.

2. Plaintiffs served Home Depot with process on October 18, 2007.

3. Attached hereto as **Exhibit A** is Plaintiffs' Complaint and Summons served upon Home Depot. This document constitutes all of documents in the court's case file.

4. Home Depot is a Delaware corporation with its principal place of business in Atlanta, Georgia, thereby making Home Depot a citizen of the State of Delaware and the State of Georgia.

5. Plaintiffs in their Complaint do not allege that they are citizens of either the State of Delaware or the State of Georgia. On information and belief, plaintiffs are citizens of the State of Illinois.

6. There is complete diversity of citizenship between the Plaintiffs and Home Depot pursuant to 28 U.S.C. § 1332.

7. Plaintiffs' Complaint alleges that Terence Jerman suffered severe and permanent injuries, that he has expended large sums of money for medical expenses and that he has lost large sums of money by being unable to follow his usual occupation. Terence Jerman requests damages in an amount in excess of $50,000.

8. Similarly, Plaintiffs' Complaint alleges that Theresa Harskey was the wife of Terence Jerman on the date of his alleged accident giving rise to his alleged injuries and that she was deprived of the care, services, association, companionship, society and consortium of Terence Jerman. Theresa Harskey requests damages in an amount in excess of $50,000.

9. On November 13, 2007, the undersigned counsel for Home Depot spoke to counsel for Plaintiffs regarding Terence Jerman's alleged incident. From this conversation, it is clear that Plaintiffs will be seeking well in excess of $75,000 in damages. Therefore, Home Depot holds the good faith belief that the amount in controversy in this matter exceeds $75,000.

10. Based on the foregoing, this Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332 because all parties hereto are diverse and the amount in controversy exceeds $75,000.

11. This Notice of Removal is filed on the 29th day after Home Depot's first notice of this suit being filed against it, through service of Process and Complaint on its Registered Agent on October 18, 2007.

12. In accordance with 28 U.S.C. § 1446(d), Home Depot is giving written notice of removal to Plaintiffs and to the Circuit Court of Cook County.

WHEREFORE, based on the foregoing, the Defendant, Home Depot U.S.A., Inc., respectfully requests that this action proceed in this Court as an action properly removed to it.

Respectfully Submitted,

HOME DEPOT U.S.A., INC.

John P. McCorry
Attorney No. 6280573
Attorney for Defendant, Home Depot

Mark E. Parsky
Paul V. Kaulas
Edward F. McGinnis
John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: jpm@mcveyparsky-law.com