JPM/CTT                                    #39907                                    11663

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) | Judge Castillo |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, | ) ) ) ) | |
| Defendant | ) | |

## NOTICE OF MOTION

TO:   Paul G. O'Toole
      Reibman, Hoffman, Baum Hirsch & O'Toole
      20 N. Clark Street, Suite 1700
      Chicago, IL 60602
      potoolerhb@ameritech.net

**PLEASE TAKE NOTICE** that on Tuesday, June 24, 2008, at 9:45 a.m., the undersigned shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141, or in the Courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present ***Home Depot U.S.A., Inc.'s Motion for Leave to File Third Party Complaint***, a copy of which is attached hereto and herewith served upon you.

                                              McVEY & PARSKY, LLC


                                              BY: /s/John P. McCorry
                                                  John P. McCorry (#6280573)
                                                  Attorney for Plaintiffs

John P. McCorry
McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax:    312/551-2131

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2008, I electronically filed Defendant Home Depot U.S.A., Inc.'s ***Motion for Leave to File Third-Party Complaint*** with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

>Paul G. O'Toole
>Nancy L. Hirsch
>Mark Anthony Heftman
>David M. Baum
>Reibman, Hoffman, Baum Hirsch & O'Toole
>20 N. Clark Street, Suite 1700
>Chicago, IL 60602
>potoolerhb@ameritech.net

>s/ John P. McCorry
>John P. McCorry
>Attorney No. 6280573
>Attorney for Defendant, Home Depot U.S.A., Inc.

2