## RHB Attorneys at Law

**REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE**

20 NORTH CLARK STREET - SUITE 1700
CHICAGO, ILLINOIS 60602-5001

Telephone: 312 372-6367
Fax #: 312 372-0531
E-Mail: MAILRHB@AOL.COM

David M. Baum
Nancy L. Hirsch
Paul G. O'Toole

Mark A. Heftman

Of Counsel

Burton L. Hoffman
John Z. Huang

May 28th, 2009

John P. McCorry, Esq.
**McVEY & PARSKY, LLC**.
30 N. LaSalle Street
Suite 2100
Chicago, IL 60602

Re:   *Terence Jerman, et al v. Home Depot, U.S.A.*
      *07 C 6517*

Dear John:

After our discussions in Court yesterday, I have reviewed Home Depot's 26(a) disclosures. I noticed that no Home Depot employee names were disclosed in the 26(a) disclosure. Pursuant to Local Rule 37.2, please identify the name of any individual from Home Depot which you intend to call or who are knowledgeable of the facts and circumstances of this case.

Thank you.

Very truly yours,

**REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE**

Paul G. O'Toole, Esq.

PGO/rcp

Federal Tax I.D. 36-353337 6