23. All documents, electronically stored information, reports, things and/or physical evidence examined or relied upon by any expert witness who has been consulted regarding this case.

**RESPONSE**: None at this time. Home Depot has not yet designated any expert witnesses and will do so pursuant to the Court's most recent scheduling order.

24. Any and all documents, electronically stored information, things and/or physical evidence that any Defendant may offer at trial and which is not included in any of the above requests.

**RESPONSE**: Home Depot objects to this request on the grounds that it calls for the production of documents and information that is subject to the attorney work product privilege. Home Depot further objects to this request on the grounds that it is premature. Home Depot will identify all documents and evidence that it intends to offer at trial pursuant to Court order.

25. All documents, electronically stored information, and/or things related to this case not otherwise requested above that Defendant(s) and/or Defendants attorney(s) have obtained and/or reviewed at any time.

**RESPONSE**: Home Depot objects to this request on the grounds that it is overly broad and unduly burdensome, vague and ambiguous.

26. All documents, electronically stored information, and/or things not otherwise requested above that in any way relates to the occurrence that is the subject of this lawsuit (including any of the facts, claims, defenses or injuries alleged), and all documents and things required by F.R.C.P.26(a)(1)(B).

**RESPONSE**: Home Depot objects to this request on the grounds that it is overly broad and unduly burdensome, vague and ambiguous, and duplicative of Request # 25. Home Depot further objects to this request on the grounds that it has already complied with its initial obligations under Rule 26. Home Depot has reserved its right pursuant to Rule 26(e) to supplement its initial disclosures as new information becomes available.

27. A privilege log for any information, document, and/or thing that you claim to be privileged and non-discoverable, or attorney work product.

**RESPONSE**: None at this time.

Respectfully Submitted,

_____
John P. McCorry (#6280573)
Attorney for Home Depot U.S.A., Inc.
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax:    (312) 551-2131
e-mail: jpm@mcveyparsky-law.com

7