10:13:27                    CASE DOCKET---ICDW

More Info

```
    *** YOU MUST ENTER CASE NUMBER; TO INQUIRE PRESS ENTER ***


CASE #  05    WC  049251                        HEARING LOCATION
EMPLOYEE    JERMAN, TERRENCE            IWCC OFFICE
EMPLOYER    PMR INCE                    100 W RANDOLPH ST STE 8-200
SETTING     CHICAGO                     CHICAGO          IL  60601
ARBITRATOR  LEE, EDWARD
COMMISSIONER N. A.                      ACCIDENT DATE 10/11/05
                                        CASE FILED    11/07/05
     EMPLOYEE ATTORNEY              EMPLOYER ATTORNEY
   REIBMAN HOFFMAN & BAUM               N. A.
   20 N CLARK ST
   SUITE 1700
   CHICAGO         IL  60602
          STATUS  CONTINUED AT ARBITRATION
STATUS CALL  FIRST  01/04/06  LAST  05/01/08  NEXT  06/27/08
REVIEW       FIRST  00/00/00  LAST  00/00/00  NEXT  00/00/00
RETURN       FIRST  00/00/00  LAST  00/00/00  NEXT  00/00/00
ORAL         FIRST  00/00/00  LAST  00/00/00  NEXT  00/00/00


FOR INFORMATION ON SETTLEMENTS/AWARDS,  CLICK WHITE BUTTON "MORE INFO."
QUESTIONS? CONTACT US AT 866/352-3022  OR INFOQUESTIONS.WCC@ILLINOIS.GOV.
```