## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN AND THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) | |
| HOME DEPOT U.S.A., INC., a foreign corporation, d/b/a THE HOME DEPOT, | ) ) ) | |
| Defendant. | ) | |

To:    Paul G. O'Toole
        Reibman, Hoffman, Baum Hirsch & O'Toole
        20 N. Clark Street, Suite 1700
        Chicago, IL 60602
        potoolerhb@ameritech.net

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that on June 13, 2008, I served Defendant Home Depot's *Answers to Plaintiff Terence Jerman's Interrogatories*, *Answers to Plaintiff Theresa Harskey's Interrogatories*, and *Answers to Plaintiffs' Requests to Produce* to the above attorney of record, via U.S. Mail.

Respectfully Submitted,

HOME DEPOT U.S.A., INC.

John P. McCorry
Attorney No. 6280573
Attorney for Defendant, Home Depot

Mark E. Parsky
Paul V. Kaulas
Edward F. McGinnis
John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: jpm@mcveyparsky-law.com