## John P. McCorry

| | |
|---|---|
| **From:** | John P. McCorry |
| **Sent:** | Friday, June 20, 2008 5:07 PM |
| **To:** | 'Paul OToole' |
| **Cc:** | Mark E. Parsky; Ed F. McGinnis |
| **Subject:** | Jerman v. Home Depot, Case No. 07 C 6517 |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'Paul OToole' | | |
| Mark E. Parsky | Delivered: 6/20/2008 5:07 PM | |
| Ed F. McGinnis | Delivered: 6/20/2008 5:07 PM | Read: 6/20/2008 5:31 PM |

Dear Paul,

Pursuant to our conversation of yesterday afternoon, June 19, 2008, please allow this e-mail to serve as a supplement to Home Depot's Answers to the Interrogatories of Plaintiff Theresa Harskey.

Home Depot's Answer to Plaintiff Theresa Harskey's Interrogatories.

10.     Please identify the name, address, telephone number, last known address, social security number and current employer, as well as title of employment who was present at the store within three hours prior to the Plaintiff's occurrence, at the time of Plaintiff's occurrence or three hours subsequent to Plaintiff's occurrence.

**ANSWER**:     Home Depot objects to this interrogatory on the grounds that it is vague, ambiguous and overly broad as to time. Plaintiffs do not allege in their complaint what time the incident occurred and have provided no information regarding the time of the alleged occurrence. Therefore, Home Depot has insufficient information to answer this interrogatory in its current form. Home Depot further objects in that Plaintiff seeks information that would violate the privacy rights of individuals who are not a party to this litigation. Without waiving said objections, and in the spirit of cooperation, Home Depot provides the following list of Home Depot employees who worked at the subject store on October 11, 2005, between the hours of 4:00 pm and midnight:

| Job Title | Employee Name |
|---|---|
| Electrical/Lighting Sales Associate | John Alonso |
| Return To Vendor Associate | Tracy Anderson |
| Appliance Sales Associate | Mohammad Aslam |
| Kitchen & Bath Sales Associate | Amy Baumgardner |
| Lumber Sales Associate | John Briese |
| Head Cashier | Roberto Cabas |
| Décor Sales Associate | Ada Campos |
| Freight Team Associate | Jamie Castrejon |
| Cashier | Marlene Cooper |
| Cashier | Elnora Davis |
| Special Services Supervisor | Gina Davis |
| Lumber Sales Associate | Ryan Foster |
| Tool Rental Sales Associate | David Freeman |
| Flooring/Wallcovering Sales Associate | Paul Fregeau |
| Receiving Associate | Brian Gerdeman |
| Freight Team Associate | Barbara Gervais |
| Cashier | Erica Green |
| Building Materials Sales Associate | Wayne Helm |
| Head Cashier | Darryl Heyward |
| Kitchen & Bath Sales Associate | Justin Holt |
| Millwork Sales Specialist | Joshua Houghtby |
| Hardware Dept Supervisor | Kenneth Huff |
| Receiving Supervisor | Lester Ingram |
| Paint Sales Associate | Andy Jones |
| Seasonal/Garden Sales Associate | James Karum |
| Kitchen & Bath Designer | Gerald Katzman |
| Cashier | Judith Kent |
| Kitchen & Bath Designer | Sue Kile |
| Freight Team Associate | Dave Lark |
| Pro Account Sales Associate | Jim Layher |
| Cashier | Alison Lederer |
| Paint Dept Supervisor | Anthony Lopez |
| Freight Team Associate | Scott Maginnis |

| | |
|---|---|
| Flooring/Wallcovering Sales Associate | Gilbert Marquez |
| Freight Team Supervisor | John Mattson |
| Millwork Sales Specialist | Thomas McConnell |
| Plumbing Sales Associate | Jasper McCoy |
| Cashier | Cynthia McGown |
| Head Cashier | Matthew Mitchell |
| Special Services Associate | Karleen Molek |
| Lot Associate | Ronold Munoz |
| Kitchen & Bath Designer | Eric O'Neill |
| Cashier | Belen Paladio |
| Tool Rental Service Associate | Dan Pape |
| Seasonal/Garden Sales Associate | Christie Parker |
| Seasonal/Garden Sales Associate | Kathryn Parkhurst |
| Head Cashier | Jaime Phad |
| Millwork Sales Associate | Douglas Quanstrom |
| Freight Team Associate | Jeremy Reynolds |
| Freight Team Associate | Jeffrey Rohde |
| Cashier | Marie Romana-Kohs |
| Electrical/Lighting Sales Associate | Brian Ruppert |
| Flooring/Wallcovering Sales Associate | Daniel Ryan |
| Cashier | Rose Sanchez |
| Schedule Writer | Becki Silfies |
| Store Design Consultant | Madonna Singer |
| Head Cashier | Karen Small |
| Receiving Associate | Calvin Smith |
| Hardware Sales Associate | Andrew Super |
| Freight Team Associate | Agnese Ungeityte |
| Appliance Sales Associate | Tariq Vaseer |
| Building Materials Sales Associate | Andrew Wehrli |
| Appliance Sales Associate | Bernice Welch |
| Seasonal/Garden Dept Supervisor | Kurt Wendel |
| Phone Center Associate | James Wolter |

Once plaintiff provides Home Depot with the actual time that the alleged occurrence took place, Home Depot can modify this list to reflect those

Home Depot employees who were present at the store within three hours prior to the Plaintiff's occurrence, at the time of Plaintiff's occurrence or three hours subsequent to Plaintiff's occurrence, as requested in the Interrogatory.

Additionally, please find attached the signature pages for the answers to interrogatories.

Please do not hesitate to contact me with any questions or to discuss this matter further.

Sincerely,

John P. McCorry
McVey & Parsky, LLC
30 N. LaSalle Street, Suite 2100
Chicago, IL 60602
312-762-6338 (direct)
312-551-2131 (facsimile)
jpm@mcveyparsky-law.com