## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6517 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Terence Jerman, et al. Vs. Home Depot U.S.A. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/1/2008 and continued to 9/4/2008 at 9:45 a.m. Defendant Home Depot U.S.A., Inc.'s motion for leave to file third party complaint [29] is granted. Plaintiffs' motions to compel and or bar [32] [35] are denied. Fact discovery cutoff extended to 12/30/2008. The parties are directed to proceed with all discovery. The expert discovery dates are stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|