## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TERENCE JERMAN and ) <br> THERESA HARSKEY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> HOME DEPOT, U.S.A., INC., a foreign ) <br> Corporation, d/b/a THE HOME DEPOT, ) <br> ) <br>     Defendant. ) <br> _____) <br> ) <br> HOME DEPOT, U.S.A., Inc., a foreign ) <br> Corporation, d/b/a THE HOME DEPOT, ) <br> ) <br>     Defendant/Third Party Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> PROFESSIONAL MANUFACTURERS ) <br> REPRESENTATIVES, INC., ) <br> ) <br>     Third Party Defendant. ) | Case No. 07 C 6517 <br><br> Judge Castillo <br> Magistrate Judge Cole |

## **NOTICE OF MOTION**

To:    Service List

    Please take notice that on Wednesday, August 6, 2008 at 9:45 a.m., I shall appear before the Honorable Ruben Castillo in courtroom 2141 of the Dirsken Federal Building, Chicago, Illinois and then and there present MOTION FOR EXTENSTION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

                                                /S/ George N. Vurdelja, Jr.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the aforementioned document to the above-listed addressees by filing electronically with the Court's ECF System on August 1, 2008.

By: /S/George N. Vurdelja, Jr.

George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

130004_1

2

## SERVICE LIST

- **David M Baum**
  rhbattys@ameritech.net, mailrhb@aol.com
- **Mark Anthony Heftman**
  rhbattys@ameritech.net
- **Nancy L. Hirsch**
  mailrhb@aol.com, nhirschrhb@ameritech.net, rhbattys@ameritech.net
- **Paul Vincent Kaulas**
  pvk@mcveyparsky-law.com
- **John P McCorry**
  jpm@mcveyparsky-law.com
- **Edward F. McGinnis**
  efm@mcveyparsky-law.com
- **Paul George O'Toole**
  mailrhb@aol.com, potoolerhb@ameritech.net, rhbattys@ameritech.net, dhofstrarhb@ameritech.net
- **Mark E Parsky**
  mep@mcveyparsky-law.com

130004_1

3