**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **TERENCE JERMAN and THERESA HARSKEY,** | ) <br> ) <br> ) |
| Plaintiffs, | )   Case No.  07 C 6517 |
| | ) |
| v. | ) <br> ) |
| **HOME DEPOT U.S.A., INC.,** a foreign Corporation, d/b/a THE HOME DEPOT | ) <br> ) <br> ) |
| Defendant. | ) |

To:   John P. McCorry
      **MCVEY & PARSKY, LLC**
      30 N. LaSalle Street
      Suite 2100
      Chicago, IL 60602

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath state that I served the following documents on **August 6th, 2008**, by U.S. Mail to the above listed attorney(s) of record at their listed address:

*Plaintiff Terence Jerman and Theresa Harskey's Answers to
Interrogatories from Defendant Home Depot, USA, Inc.*;
and
*Plaintiff Terence Jerman and Theresa Harskey's Response to
First Notice of Production for Documents from Defendant Home Depot, USA, Inc.*

Respectfully Submitted,

 /Paul G. O'Toole
Paul G. O'Toole, Esq. (#6202802)
Attorney for Plaintiffs *Jerman & Harskey*
**REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE**
20 N. Clark Street
Suite 1700
Chicago, IL 60602
Phone: (312) 372-6367
Fax: (312) 372-0531
Email: potoolerhb@ameritech.net