IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TERENCE JERMAN and ) <br> THERESA HARSKEY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> HOME DEPOT, U.S.A., INC., a foreign ) <br> Corporation, d/b/a THE HOME DEPOT, ) <br> ) <br>     Defendant. ) <br> _____) <br> ) <br> HOME DEPOT, U.S.A., Inc., a foreign ) <br> Corporation, d/b/a THE HOME DEPOT, ) <br> ) <br>     Defendant/Third Party Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> PROFESSIONAL MANUFACTURERS ) <br> REPRESENTATIVES, INC., ) <br> ) <br>     Third Party Defendant. ) | Case No. 07 C 6517 <br><br> Judge Castillo <br> Magistrate Judge Cole |

**SECOND MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER OR OTHERWISE PLEAD**

Third Party Defendant, Professional Manufacturers Representatives, Inc. ("PMR") by its attorneys, moves this Court for an order granting it an extension of time to move, answer or otherwise plead to the Third Party Complaint brought against it by Defendant Third Party Plaintiff Home Depot, U.S.A., Inc. ("Home Depot"). In support of this motion, PMR states as follows:

    1.    PMR was served with a copy of the Third Party Complaint on July 15, 2008.

131493_1

1

      2.      PMR has tendered the defense of the matter to its carrier, but has not yet received a response regarding the defense of the matter. PMR has contacted the carrier twice within the last week but has not received any acceptance or rejection of the tender.

      3.      PMR wants to provide its carrier with some additional time to respond to its tender of defense before it takes any further action with respect to the Third Party Complaint.

WHEREFORE, for all of the foregoing reasons, PMR moves this Court for an extension of time to move, answer or otherwise plead to and including September 9, 2008.

> Respectfully submitted,
> Professional Manufacturers Representatives, Inc.
> By: One of Its Attorneys
> /S/ George N. Vurdelja, Jr.

George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6161

131493_1

2