## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Terence Jerman, et al.

                              Plaintiff,

v.                                              Case No.: 1:07–cv–06517
                                                Honorable Ruben Castillo

Home Depot U.S.A., Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

        MINUTE entry before the Honorable Ruben Castillo:Third party defendant's second motion for extension of time to move, answer or otherwise plead [46] is granted. Third party defendant to answer or otherwise plead to the third party complaint by 9/9/2008. Motion hearing set for 9/3/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.