## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) | Judge Castillo |
| | ) | Magistrate Judge Cole |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, | ) ) ) | |
| Defendant. | ) | |

### INTERROGATORIES TO PLAINTIFFS

NOW COMES the Defendant, HOME DEPOT U.S.A., INC., by and through its attorneys MCVEY & PARSKY, LLC, and pursuant to the Federal Rules of Civil Procedure, propounds the following interrogatories to the Plaintiffs, Terence Jerman and Theresa Harskey, and hereby directs the same be answered under oath, and include full information known to you, your agents, and attorneys within thirty-five (35) days of service.

1.    State your full name, current residence address, date of birth, marital status, driver's license number and issuing state, and the last four digits of your social security number.

**ANSWER:**


2.    State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence as alleged in your Complaint.

**ANSWER:**


3.    State the full name and current residence address of each person, not named in interrogatory No. 2 above, who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrence.

**ANSWER:**


4.    Describe the personal injuries sustained by you as a result of the occurrence.

**ANSWER:**

5.      With regard to your injuries, state:

  (a)     The name and address of each attending physician and/or health care
          professional;
  (b)     The name and address of each consulting physician and/or other health
          care professional;
  (c)     The name and address of each person and/or laboratory taking any X ray,
          MRI and/or other radiological tests of you;
  (d)     The date or inclusive dates on which each of them rendered you service;
  (e)     The amounts to date of their respective bills for services; and
  (f)     From which of them you have written reports.

**ANSWER:**

6.      As the result of your personal injuries, were you a patient or outpatient in any
hospital and/or clinic? If so, state the names and addresses of all hospitals and/or clinics, the
amounts of their respective bills and the date or inclusive dates of their services.

**ANSWER:**

7.      As the result of your personal injuries, were you unable to work? If so, state:

  (a)     The name and address of your employer, if any, at the time of the
          occurrence, your wage and/or salary, and the name of your supervisor
          and/or foreperson;
  (b)     The date or inclusive dates on which you were unable to work;
  (c)     The amount of wage and/or income loss claimed by you; and
  (d)     The name and address of your present employer and your wage and/or
          salary.

**ANSWER:**

8.      State any and all other expenses and/or losses you claim as a result of the
occurrence. As to each expense and/or loss, state the date or dates it was incurred, the name of
the person, firm and/or company to whom such amounts are owed, whether the expense and/or
loss in question has been paid and, if so, by whom it was so paid, and describe the reason and/or
purpose for each expense and/or loss.

**ANSWER:**

Exhibit A

9.     Had you suffered any personal injury or prolonged, serious and/or chronic illness within the ten (10) years prior to the date of the occurrence? If so, state when and how you were injured and/or ill, where you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address of each physician, or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.

**ANSWER:**


10.     Have you suffered any personal injury or prolonged, serious and/or chronic illness since the date of the occurrence to the present? If so, state when you were injured and/or ill, where and how you were injured and/or ill, describe the injuries and/or the illness suffered, and state the name and address of each physician or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.

**ANSWER:**


11.     Have you ever filed any other suits for your own personal injuries? If so, state the nature of the injuries claimed, the courts and the captions in which filed, the years filed, and the titles and docket numbers of the suits.

**ANSWER:**


12.     Have you ever filed a claim for and/or received any workers' compensation benefits? If so, state the name and address of the employer against whom you filed for and/or received benefits, the date of the alleged accident or accidents, the description of the alleged accident or accidents, the nature of your injuries claimed and the name of the insurance company, if any, who paid any such benefits.

**ANSWER:**


13.     Have you received any payment and/or other consideration from any source in compensation for the injuries alleged in your complaint? If yes, state:

    (a)    The amount of such payment and/or other consideration received;

    (b)    The name of the person, firm, insurance company and/or corporation making such payment or providing other consideration and the reason for the payment and/or other consideration; and

    (c)    Whether there are any documents evidencing such payment and/or other consideration received.

**ANSWER:**

14.     Were any photographs, movies and/or videotapes taken of the scene of the occurrence or of the persons and/or objects involved? If so, state the date or dates on which such photographs, movies and/or videotapes were taken, the subject thereof, who now has custody of them, and the name, address, occupation and employer of the person taking them.

**ANSWER:**

15.     Have you (or has anyone acting on your behalf) had any conversations with any person since the time of the occurrence with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person since the time of the occurrence with regard to the injuries complained of by plaintiff or to the manner in which the occurrence complained of occurred? If the answer to this interrogatory is in the affirmative, state the following:

      (a)     The date or dates of such conversations and/or statements;
      (b)     The place of such conversations and/or statements;
      (c)     All persons present for the conversations and/or statements;
      (d)     The matters and things stated by the person in the conversations and/or statements;
      (e)     Whether the conversation was oral, written and/or recorded; and
      (f)     Who has possession of the statement if written and/or recorded.

**ANSWER:**

16.     Do you know of any statements made by any person relating to the occurrence? If so, give the name and address of each such person, the date of the statement, and state whether such statement was written and/or oral.

**ANSWER:**

17.     Had you consumed any alcoholic beverage or drugs or medications within 24 hours immediately prior to the occurrence? If so, state the names and addresses of those from whom it was obtained, where it was consumed or used, the particular kind and amount of alcoholic beverage or drug or medication so consumed or used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the consumption of alcoholic beverages or use of said drugs or medications.

**ANSWER:**

18.     Have you ever been convicted of a felony or a misdemeanor involving dishonesty or false statement? If so, state the nature thereof, the date of the conviction, and the court and the

caption in which the conviction occurred. For the purpose of this interrogatory, a plea of guilty shall be considered as a conviction.

**ANSWER:**

19.     Describe in detail the events and circumstances surrounding the alleged occurrence, beginning with your arrival at the subject Home Depot store and ending with the first time you received medical treatment for your alleged injuries.

**ANSWER:**

20.     Describe all training that you received for the work you were to perform for Professional Manufacturers Representatives, from the date of your hire until the date of the alleged occurrence.

**ANSWER:**

21.     Identify all training materials, written instructions, plans, diagrams or other documents you received for the work you were to perform for PMR from the date of your hire until the date of the alleged occurrence.

**ANSWER:**

22.     Identify the individual or individuals with whom you were directly working at the time of the alleged occurrence.

**ANSWER:**

23.     Did you, your attorneys or anyone else acting on your behalf speak to anyone at Home Depot regarding the alleged occurrence between the day of the alleged occurrence and the date you filed your Complaint?  If the answer to this interrogatory is in the affirmative, state the following:

  (a)     The date or dates of such conversations and/or statements;
  (b)     The place of such conversations and/or statements;
  (c)     All persons present for the conversations and/or statements;
  (d)     The matters and things stated by the person in the conversations and/or statements;
  (e)     Whether the conversation was oral, written and/or recorded; and
  (f)     Who has possession of the statement if written and/or recorded.

**ANSWER:**

      24.     List the names and addresses of all other persons (other than yourself and persons heretofore listed) who have knowledge of the facts of the occurrence and/or the injuries and damages claimed to have resulted therefrom.

**ANSWER:**

John P. McCorry
Attorney for Defendant, Home Depot U.S.A., Inc.

John P. McCorry
McVEY & PARSKY, LLC
30 N. LaSalle Street, Suite 2100
Chicago, Illinois  60602
312-551-2130
312-551-2131 (facsimile)
jpm@mcveyparsky-law.com
Firm No. 39907

## **CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that on June 11, 2008, I served the foregoing Interrogatories to Plaintiffs to the following attorney of record, using the means identified below:

> Paul G. O'Toole
> Nancy L. Hirsch
> Mark Anthony Heftman
> David M. Baum
> Reibman, Hoffman, Baum Hirsch & O'Toole
> 20 N. Clark Street, Suite 1700
> Chicago, IL 60602
> *Via U.S. Mail and electronic mail (potoolerhb@ameritech.net)*

BY:  John P. McCorry
     Attorney for Home Depot U.S.A., Inc.

Exhibit A