*97 6 63 JPM HD* (handwritten)

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  07 C 6517 |
| v. | ) ) | |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF TERENCE JERMAN and THERESA HARSKEY'S ANSWERS TO INTERROGATORIES FROM  DEFENDANT HOME DEPOT, USA, INC.

1.  State your full name, current residence address, date of birth, marital status, driver's license number and issuing state, and the last four digits of your social security number.

    **ANSWER:**     **Mr. Terence Jerman**          **DOB: September 21, 1952**
    **5900 Oakwood Dr.,  #1-E**     **SS #: XXX-XX-2818**
    **Lisle, IL 60532**               **DL #: J655-3105-2269**

    **Ms. Theresa Harskey**          **DOB: March 13, 1969**
    **5900 Oakwood Dr.,  #1-E**     **SS #: XXX-XX-6511**
    **Lisle, IL 60532**               **DL #: H620-8016-9675**

2.  State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence alleged in your Complaint.

    **ANSWER:**     **Objection, calls speculation as to the knowledge and/or observations of the witnesses. Notwithstanding, it is believed that Joe Ivanauskas, 2953 Stockton Ct., Naperville, IL 6056, witnessed this occurrence.  Investigation continues.**

AUG – 7 2008 (stamp)

Exhibit C

3.  State the full name and current residence address of each person, not named in interrogatory No.2 above, who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrence.

    **ANSWER:**    **Objection.  Calls for speculation, and the question is overly broad. Notwithstanding, it is believed that the following witnesses either observed the conditions of the Plaintiff or the scene of the occurrence.**
    **Naperville Police officers, Naperville EMS personnel**
    **PMR, Inc. employees**
    **Lucy Bowman, 108 W. Fullerton, Glendale Heights, IL 60139**
    **Danielle Frelk, 29 W 255 Lester St., West Chicago, IL 60185**
    **Anthony DeCore, 1776 Middelbury Dr., Aurora, IL 60503**
    **Investigation continues.**

4.  Describe the injuries sustained by you as a result of the occurrence.

    **ANSWER:**    **Objection. Calls for speculation and medical testimony.  Notwithstanding, I suffered a back injury resulting in an operation.  My understanding is I suffered an acute L5-S1 spondylolisthesis.  The doctors performed a fusion and I continue to suffer from Chronic Regional Pain Syndrom (CRPS) and Regional Sympathetic Nerve Dystrophy (RSND).**

5.  With regard to your injuries, state:

    (a)    The name and address of each attending physician and/or health care professional;
    (b)    The name and address of each consulting physician and/or other health care professional;
    (c)    The name and address of each person and/or laboratory taking any X-ray. MRI and/or other radiological tests of you;
    (d)    The date or inclusive dates on which each of them rendered you service;
    (e)    The amounts to date of their respective bills for services; and
    (f)    From which of them you have written reports.

    **ANSWER:**    **(a) - (e)**

    **City of Naperville** (ambulance)
    395 W. Lake St.
    Elmhurst, IL 60126
    (630) 530-2988
    Date(s) of Service:    10/11/05
    Total charges:    $500.00

Exhibit C

*(Continued)*

**Edward Hospital**
801 S. Washington
Naperville, IL 60540
(630) 355-0450
Date(s) of Service:        10/11/05-present

| | | |
|---|---|---|
| 10/12/05-10/21/05 | hospital admission, surgery | 104,990.25 |
| 12/17/05 | CT Scan, x-ray | 2,137.25 |
| 010/9/06 | MRI-spine | 2,815.25 |
| 02/22/06 | myelography-lumbar, CT Scan spine | 3,397.75 |
| 02/27/06 | MRIs brain, spine | 5,420.00 |
| 03/15/06 | lumbar sympathetic nerve block | 2,378.50 |
| 03/23/06 | lumbar sympathetic nerve block | 2,493.50 |
| 03/30/06 | lumbar sympathetic nerve block | 2,294.25 |
| 09/21/06 | | 3,835.75 |
| 09/28/06-09/29/06 | Intrathecal morphine inj. | 5,423.75 |
| 11/27/06-11/30/06 | er, admission | 15,736.75 |
| 12/09/06 | | 2,478.25 |
| 03/09/07 | Rt. Lumbar sympathetic block | 2,765.75 |
| 05/11/07 | er | 3,370.50 |
| | | 159,537.50 |

Dr. Nicholas Mataragas (surgeon)
Dr. Jack Casini (surgeon)
Dr. Grace Cheng (neuro)
**DuPage Medical Group**
1801 S. Highland Ave., Suite L20
Lombard, IL 60148
(630) 873-8700
Date(s) of Service:

| | | | |
|---|---|---|---|
| 10/13/05-10/17/05 | Consult, surgery | 76,209.50 | |
| 01/31/06 | EMG, NCV (Cheng) | 1,015.00 | |
| 04/04/06 | OV | 159.00 | |
| 06/22/06 | EMG/NCS (Cheng) | * | 77,383.50* |

Dr. Ronjon Paul *(Surgeon)*
**Spine Center of DuPage Medical Group**
120 Spaulding Drive, Suite 400
Naperville, IL 60540
(630) 967-2225
Date(s) of Service:

| | |
|---|---|
| 11/01/05 | |
| 11/22/05 | |
| 12/23/05 | |
| 01/31/06 | OV |
| 02/10/06 | |
| 03/07/06 | OV |
| 08/08/06 | OV, x-rays |
| 01/12/07 | |
| 03/09/07 | |

Exhibit C

*(Continued)*

Dr. Maicke      (anesthesiologist)
Dr. Charles Kim (pain specialist)
Dr. Yousuf Sayeed
**DuPage Valley Pain Specialists**
120 Spalding Drive, Suite 412
Naperville, IL 60540
Date(s) of Service:

| | | |
|---|---|---|
| 10/12/05 | consult | |
| 10/17/05 | surgery | 2,324.00 |
| 10/16/05 | | 166.00 |
| 10/27/05 | | |
| 11/08/05 | | |
| 02/13/06 | | |
| 02/23/06 | lumbar sympathetic nerve block | |
| 03/06/06 | | |
| 03/15/06 | lumbar sympathetic block | |
| 03/23/06 | lumbar sympathetic block | |
| 03/30/06 | lumbar sympathetic block | |
| 04/10/06 | spinal cord stimulator trial | |
| 04/14/06 | | |
| 04/25/06 | | |
| 05/23/06 | | |
| 05/31/06 | | |
| 07/10/06 | | |
| 08/16/06 | | |
| 09/20/06 | | |
| 09/21/06 | Intrathecal morphine inj. | |
| 09/28/06 | Intrathecal morphine inj. | |
| 01/12/07 | | |
| 03/09/07 | Rt. Lumbar sympathetic block | * |

**Naperville Radiologists**
6910 S. Madison St.
Willowbrook, IL 60527
(630) 321-2705
Date(s) of Service:

| | | |
|---|---|---|
| 10/11/05 | | 81.00 |
| 10/12/05 | | 1,935.00 |
| 10/13/05 | chest x-ray | 53.00 |
| 10/17/05 | xray low spine | 60.00 |
| 10/19/05 | extremity study | 152.00 |
| 10/19/05 | xray knee | 49.00 |
| 10/19/05 | xray low spine | 60.00 |
| 12/17/05 | xray low spine | 81.00 |
| 12/17/05 | CT lumbar spine | 296.00 |
| 12/17/05 | 3D/holograph reconstr | 90.00 |
| 01/09/06 | MRI lumbar spine | 700.00 |
| 02/22/06 | | 1,439.00 |

Exhibit C

*(Continued)*

| | | |
|---|---:|---:|
| 02/27/06 | 1,405.00 | |
| 11/27/06 | 107.00 | |
| 12/09/06 | 56.00 | |
| 05/11/07 | 168.00 | 6,732.00 |

**MD Orthotic and Prosthetic Labs** (lumbar corset)
145 Eastern Ave.
Bellwood, IL 60104
(708) 547-9871
Date(s) of Service:      10/17/05                                          *

Aaron Kraai, PT, DPT
**Doctors of Physical Therapy**
6040 Route 53, Suite A
Lisle, IL 60532
(630) 434-0271
Date(s) of Service:      12/02/05-05/18/06                          10,693.79

Dr. Jeffrey Oken (pain management)
Dr. Gouri Chaudhuri (physical medicine & rehab)
Dr. Noel Rao (physical medicine & rehab)
Dr. Angel Strand (psych)
Dr. Sam Rest (psych- treats chronic pain patients)
**Marianjoy Medical Group**
17 W 682 Butterfield Rd.
Oakbrook Terrace, IL 60181
(630) 268-1394
Date(s) of Service:
        05/01/06-Present*

| | | |
|---|---|---:|
| 05/01/06 | initial | 459.00 |
| 05/24/06 | OV/initial psych eval. | 533.00 |
| 05/26/06 | OV | 108.00 |
| 05/30/06 | OV | 320.40 |
| 06/01/06 | psych | 54.40 |
| 06/02/06 | OV/psych | 220.40 |
| 06/05/06 | OV | |
| 06/16/06 | OV | |
| 06/19/06 | OV/psych | 214.40 |
| 06/21/06 | psych | 54.40 |
| 06/23/06 | OV | 160.00 |
| 06/26/06 | OV | 108.00 |
| 06/28/06 | OV/psych | 247.80 |
| 06/30/06 | OV | 108.00 |
| 07/06/06 | psych | 54.40 |
| 07/07/06 | OV | 220.46 |
| 07/12/06 | OV | |

Exhibit C

*(Continued)*

| | | | |
|---|---|---|---|
| 07/14/06 | OV | 108.00 | |
| 07/19/06 | OV/psych | 279.20 | |
| 07/21/06 | OV/psych | 193.40 | |
| 07/25/06 | psych | 224.80 | |
| 07/26/06 | OV/psych | 214.40 | |
| 07/28/06 | OV/psych | 157.20 | |
| 08/01/06 | OV | 108.00 | |
| 08/23/06 | OV | 160.00 | |
| 09/08/06 | OV/psych | 358.20 | |
| 09/20/06 | OV | 108.00 | |
| 09/27/06 | psych | 198.20 | |
| 10/10/06 | OV | 160.00 | |
| 11/16/06 | OV | 160.00 | |
| 11/30/06 | Service @ Edwards Hos. | 216.00 | |
| 12/06/06 | OV | 160.00 | |
| 12/19/06 | OV | 237.00 | |
| 01/09/07 | OV | 160.00 | |
| 01/12/07 | OV | 108.00 | |
| 01/30/07 | OV | 108.00 | |
| 02/02/07 | OV | 160.00 | |
| 03/02/07 | OV | 160.00 | |
| 04/04/07 | OV | 160.00 | |
| 05/11/07 | OV | 160.00 | |
| 06/08/07 | OV | 108.00 | |
| 06/15/07 | OV | 160.00 | |
| 06/29/07 | OV | 108.00 | |
| 07/09/07 | OV | 160.00 | |
| 07/27/07 | OV | 108.00 | |
| 08/15/07 | OV | 108.00 | |
| 08/24/07 | OV | 108.00 | |
| 09/07/07 | OV | 143.00 | |
| 09/13/07 | OV | 160.00 | |
| 10/05/07 | OV | * | |
| 10/12/07 | OV | * | |
| 11/26/07 | OV | * | |
| 01/11/08 | OV | * | 7,864.06* |

Dr. Matthew J. Ross (IME-neuro)
**Midwest Neurosurgery & Spine Specialists, S.C.**
150 N. Winfield, IL 60190
(630) 260-2710
Date(s) of Service:     5/9/06  IME                                    850.00

Dr. Blonski (IME)
**Rehabilitation Institute of Chicago**
Date(s) of Service:     10/5/06

*(Continued)*

Dr. Timothy Lubenow
**Rush University Medical Center**
Rush Pain Center
1725 W. Harrison, Suite 550
Chicago, IL 60612
(312) 942-5000
Date(s) of Service:

| | | |
|---|---|---|
| 12/28/06 | * | |
| 04/30/07-05/02/07 | 17,652.30 | |
| placement of caudal epidural catheter | | |
| 05/10/07 | 24,814.32 | 42,466.62* |

Dr. Waitley (wound care assessment)
**Metro Center for Health**
500 E. Ogden Ave., Suite C
Hinsdale, IL 60521
(888) 220-6432
Date(s) of Service:        06/06/07-present*                                                    *

**Siress & Sheck** (provided brace and shoes)
1S376 Summit Ave., Court E
Oakbrook Terrace, IL 60181
(630) 424-0392
Date(s) of Service:

| | | |
|---|---|---|
| 02/15/06 | 599.00 | |
| 08/24/06 | 1,042.00 | |
| 01/16/07 | 2,618.00 | |
| 06/12/07 | 2,716.00 | |
| 07/27/07 | 2,716.00 | 9,691.00 |

**Kathy Borchardt, Psy., D. P.C.**
1212 Naper Blvd., Suite 119
Naperville, IL 60540
(630) 680-5494
Date(s) of Service:                                                                              *

**The Center for Surgery**
475 E. Diehl Rd.
Naperville, Il 60563
(630) 505-7733

| Date(s) of Service: | | | |
|---|---|---|---|
| | 02/20/06 | sympathetic nerve block | |
| | 02/23/06 | | 950.00 |
| | 04/10/06 | spinal cord stimulator trial | 10,388.46 |
| | | | 11,338.46* |

Exhibit C

*(Continued)*

**Westchester Diagnostic Imaging Center**
4 Westbrook Corporate Center
Tower 4, Suite 40
Westchester, IL 60154
(708) 409-8001
Date(s) of Service:         03/15/07         MRI                                    1,477.67

**Dr. Bozena Sczgash** (treated PL for shingles)
Addison, IL

**HealthSouth**
Diagnostic Center of DuPage
270 W. Loop Rd.
Wheaton, IL 60187
(630) 653-3454
Date(s) of Service:                                                                            *

Medication
*Healy Pharmacy
  100 Spaulding Dr.
  Naperville, IL
*Osco
*Walgreen's

*Updated and continuing treatment dates and amounts will be supplemented upon Plaintiff's receipt.*

  **(f)**        **All reports have previously been disclosed in Plaintiff's 26(a)(1) Disclosures.**

**Investigation continues.**

6.        As the result of your personal injuries, were you a patient or outpatient in any hospital and/or clinic? If so, state the names and addresses of all hospitals and/or clinics, the amounts of their respective bills and the date or inclusive dates of their services.

        **ANSWER:        Yes, see below:**

                **Edward Hospital**
                801 S. Washington
                Naperville, IL 60540
                (630) 355-0450
                Date(s) of Service:       10/11/05-present

                10/12/05-10/21/05       hospital admission, surgery       104,990.25
                12/17/05                CT Scan, x-ray                      2,137.25
                01/09/06                MRI-spine                           2,815.25
                02/22/06                myelography-lumbar, CT Scan spine   3,397.75

Exhibit C

*(Continued)*

| Date | Description | Amount | |
|---|---|---|---|
| 02/27/06 | MRIs brain, spine | | 5,420.00 |
| 03/15/06 | lumbar sympathetic nerve block | | 2,378.50 |
| 03/23/06 | lumbar sympathetic nerve block | | 2,493.50 |
| 03/30/06 | lumbar sympathetic nerve block | | 2,294.25 |
| 09/21/06 | | | 3,835.75 |
| 09/28/06-09/29/06 | Intrathecal morphine inj. | | 5,423.75 |
| 11/27/06-11/30/06 | er, admission | | 15,736.75 |
| 12/09/06 | | | 2,478.25 |
| 03/09/07 | Rt. Lumbar sympathetic block | | 2,765.75 |
| 05/11/07 | er | | 3,370.50 |
| | | | 159,537.50 |

**DuPage Medical Group**
1801 S. Highland Ave., Suite L20
Lombard, IL 60148
(630) 873-8700
Date(s) of Service:

| Date | Description | Amount | |
|---|---|---|---|
| 10/13/05-10/17/05 | Consult, surgery | 76,209.50 | |
| 01/31/06 | EMG, NCV (Cheng) | 1,015.00 | |
| 04/04/06 | OV | 159.00 | |
| 06/22/06 | EMG/NCS (Cheng) | * | 77,383.50* |

**Spine Center of DuPage Medical Group**
120 Spaulding Drive, Suite 400
Naperville, IL 60540
(630) 967-2225
Date(s) of Service:

| Date | Description | |
|---|---|---|
| 11/01/05 | | |
| 11/22/05 | | |
| 12/23/05 | | |
| 01/31/06 | OV | |
| 02/10/06 | | |
| 03/07/06 | OV | |
| 08/08/06 | OV, x-rays | |
| 01/12/07 | | |
| 03/09/07 | | * |

**DuPage Valley Pain Specialists**
120 Spaulding Drive, Suite 412
Naperville, IL 60540
Date(s) of Service:

| Date | Description | Amount |
|---|---|---|
| 10/12/05 | consult | |
| 10/17/05 | surgery | 2,324.00 |
| 10/16/05 | | 166.00 |
| 10/27/05 | | |
| 11/08/05 | | |
| 02/13/06 | | |
| 02/23/06 | lumbar sympathetic nerve block | |

*(Continued)*

Exhibit C

03/06/06
03/15/06          lumbar sympathetic block
03/23/06          lumbar sympathetic block
03/30/06          lumbar sympathetic block
04/10/06          spinal cord stimulator trial
04/14/06
04/25/06
05/23/06
05/31/06
07/10/06
08/16/06
09/20/06
09/21/06          Intrathecal morphine inj.
09/28/06          Intrathecal morphine inj.
01/12/07
03/09/07          Rt. Lumbar sympathetic block                    *

**Naperville Radiologists**
6910 S. Madison St.
Willowbrook, IL 60527
(630) 321-2705
Date(s) of Service:
10/11/05                                  81.00
10/12/05                               1,935.00
10/13/05          chest x-ray              53.00
10/17/05          xray low spine           60.00
10/19/05          extremity study         152.00
10/19/05          xray knee                49.00
10/19/05          xray low spine           60.00
12/17/05          xray low spine           81.00
12/17/05          CT lumbar spine         296.00
12/17/05          3D/holograph reconstr    90.00
01/09/06          MRI lumbar spine        700.00
02/22/06                               1,439.00
02/27/06                               1,405.00
11/27/06                                 107.00
12/09/06                                  56.00
05/11/07                                 168.00           6,732.00

**Marianjoy Medical Group**
17 W 682 Butterfield Rd.
Oakbrook Terrace, IL 60181
(630) 268-1394
Date(s) of Service:
05/01/06-Present*
05/01/06          initial                 459.00
05/24/06          OV/initial psych eval.  533.00
05/26/06          OV                      108.00

*(Continued)*

| Date | Service | Amount |
|---|---|---|
| 05/30/06 | OV | 320.40 |
| 06/01/06 | psych | 54.40 |
| 06/02/06 | OV/psych | 220.40 |
| 06/05/06 | OV | |
| 06/16/06 | OV | |
| 06/19/06 | OV/psych | 214.40 |
| 06/21/06 | psych | 54.40 |
| 06/23/06 | OV | 160.00 |
| 06/26/06 | OV | 108.00 |
| 06/28/06 | OV/psych | 247.80 |
| 06/30/06 | OV | 108.00 |
| 07/06/06 | psych | 54.40 |
| 07/07/06 | OV | 220.46 |
| 07/12/06 | OV | |
| 07/14/06 | OV | 108.00 |
| 07/19/06 | OV/psych | 279.20 |
| 07/21/06 | OV/psych | 193.40 |
| 07/25/06 | psych | 224.80 |
| 07/26/06 | OV/psych | 214.40 |
| 07/28/06 | OV/psych | 157.20 |
| 08/01/06 | OV | 108.00 |
| 08/23/06 | OV | 160.00 |
| 09/08/06 | OV/psych | 358.20 |
| 09/20/06 | OV | 108.00 |
| 09/27/06 | psych | 198.20 |
| 10/10/06 | OV | 160.00 |
| 11/16/06 | OV | 160.00 |
| 11/30/06 | Service @ Edwards Hos. | 216.00 |
| 12/06/06 | OV | 160.00 |
| 12/19/06 | OV | 237.00 |
| 01/09/07 | OV | 160.00 |
| 01/12/07 | OV | 108.00 |
| 01/30/07 | OV | 108.00 |
| 02/02/07 | OV | 160.00 |
| 03/02/07 | OV | 160.00 |
| 04/04/07 | OV | 160.00 |
| 05/11/07 | OV | 160.00 |
| 06/08/07 | OV | 108.00 |
| 06/15/07 | OV | 160.00 |
| 06/29/07 | OV | 108.00 |
| 07/09/07 | OV | 160.00 |
| 07/27/07 | OV | 108.00 |
| 08/15/07 | OV | 108.00 |
| 08/24/07 | OV | 108.00 |
| 09/07/07 | OV | 143.00 |
| 09/13/07 | OV | 160.00 |
| 10/05/07 | OV | * |

Exhibit C

*(Continued)*

| | | | |
|---|---|---|---|
| 10/12/07 | OV | * | |
| 11/26/07 | OV | * | |
| 01/11/08 | OV | * | 7,864.06* |

**Midwest Neurosurgery & Spine Specialists, S.C.**
150 N. Winfield, IL 60190
(630) 260-2710
Date(s) of Service:      5/9/06   IME                                      850.00

**Rehabilitation Institute of Chicago**
Date(s) of Service:      10/5/06

**Rush University Medical Center**
Rush Pain Center
1725 W. Harrison, Suite 550
Chicago, IL 60612
(312) 942-5000
Date(s) of Service:
12/28/06                                              *
04/30/07-05/02/07                          17,652.30
placement of caudal epidural catheter
05/10/07                                     24,814.32
                                                                    42,466.62*

**Metro Center for Health**
500 E. Ogden Ave., Suite C
Hinsdale, IL 60521
(888) 220-6432
Date(s) of Service:      06/06/07-present*                                  *

**The Center for Surgery**
475 E. Diehl Rd.
Naperville, Il 60563
(630) 505-7733
Date(s) of Service:
02/20/06        sympathetic nerve block
02/23/06                                        950.00
04/10/06        spinal cord stimulator trial   10,388.46      11,338.46*

**Westchester Diagnostic Imaging Center**
4 Westbrook Corporate Center
Tower 4, Suite 40
Westchester, IL 60154
(708) 409-8001
Date(s) of Service:      03/15/07      MRI                            1,477.67

Exhibit C
12

*(Continued)*

**HealthSouth**
**Diagnostic Center of DuPage**
270 W. Loop Rd.
Wheaton, IL 60187
(630) 653-3454
Date(s) of Service:                                                    *

*Updated and continuing treatment dates and amounts will be supplemented upon Plaintiff's receipt.*

7.    As the result of your personal injuries, were you unable to work?  If so, state:

    (a)    The name and address of your employer, if any, at the time of the occurrence, your wage and/or salary, and the name of your supervisor and/or foreperson;
    (b)    The date or inclusive dates on which you were unable to work;
    (c)    The amount of wage and/or income loss claimed by you; and
    (d)    The name and address of your present employer and your wage and/or salary.

**ANSWER:**  **(a)**  **I was working for Professional Manufacturers Representatives, 1615 Ogden Avenue, Oswego, IL 60543**
         **(b)**  **I have not been able to work since the date of accident, October 11, 2005.**
         **(c)**  **Prior to my accident, I was earning $30,000.00 a year.  In addition to the wage loss, I lost benefits and raises.**
         **(d)**  **I currently am not able work and am on disability**

8.    State any and all other expenses and/or losses you claim as a result of the occurrence.  As to each expense and/or loss, state the date or dates it was incurred, the name of the person, firm and/or company to whom such amounts are owed, whether the expense and/or loss in question has been paid and, if so, by whom it was so paid, and describe the reason and/or purpose for each expense and/or loss.

**ANSWER:**  **It cost us $2,000.00 to move in to a first floor apartment due to the fact I am unable to climb stairs; to furnish my new apartment to accommodate my condition was the sum of $1,250.00 for furniture.**

        **My wife, Theresa also incurred medial bills that occurred after my injury that were not covered by her pregnancy insurance.  I believe that the complication of the stress of the incident caused her medical condition, but I am not a medical physician.**

        **Investigation continues.**

Exhibit C

9.    Had you suffered any personal injury or prolonged, serious and/or chronic illness within the ten (10) years prior to the date of the occurrence? If so, state when and how you were injured and/or ill, where you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address of each physician, or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.

ANSWER:    **Objection, foundation and relevance, this question is overly broad. Notwithstanding, yes, I had a work related injury on November 24, 2004 and again on October 23, 2005, I sought treatment with the following:**

For the ***February 23, 2005*** occurrence, which was a ***right ankle injury***. I was treated at:

**Emergency Treatment, S.C.,**
900 Jorie Boulevard
Suite 220
Oak Brook, IL 60523
Dates of Service:        02/23/05
Total Charges:  $140.00

**Rezin Orthopedic Centers, S.C.**
1015 W. Us-6
Morris, IL 60455
Dates of Service:

**Rush Copley Medical Center**
PO Box 352
Aurora, IL 60507-0352
Dates of Service:        02/05/05, 02/23/05
**Total Charges:        $1,785.00**

**Naperville Radiologists, S.C.**
6910 S. Madison Street
Willowbrook, IL 60527
Dates of Service:        10/11/05;10/12/05;10/19/05
**Total Charges:        $3,525.00**

**Vital Care Physical Therapy**
1120 Houbold Road
Joliet, IL 60431
Dates of Service:

**Laboratory & Pathology Diagnosis**
Department 4387
Carol Stream, IL 60122-4387
Dates of Service:        10/12/05, 10/13/05, 10/17/05; 10/18/05
**Total Charges:        $473.00**

Exhibit C

*(Continued)*

For the ***November 24, 2004*** occurrence, I injured ***my left arm and hand*** and was treated at:

**Concentra Medical Centers**
4000 E. Ogden Avenue
Aurora, IL  60504
Date of Service:          11/29/04
**Total Charges:          $226.93**

**Rush Copley Medical Center**
PO Box 352
Aurora, IL 60507-0352
Dates of Service:        11/24/04 & 11/28/04; 02/05/05
**Total Charges:        $1,331.00 & $1,725.00**

**Rezin Orthopedic Centers, S.C.**
1051 W Us-6
Morris, IL 60450
Dates of Service:        02/07/05

**Occupational Health Centers**
PO Box 488
Lombard, IL 60148-0488
Date of Service:          11/29/04
**Total Charges:          226.93**

**Emergency Treatment, S.C.,**
900 Jorie Boulevard
Suite 220
Oak Brook, IL 60523
Dates of Service:        11/24/04; 11/28/04; 12/03/04
**Total Charges:        $580.00**

**Investigation is ongoing.**

10.     Have you suffered any personal injury or prolonged, serious and/or clinic illness since the date of the occurrence to the present?  If so, state when you were injured and/or ill, where and how you were injured and/or ill, describe the injuries and/or the illness suffered, and state the name an address of each physician or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.

**ANSWER:      Objection.    This interrogatory is overly broad, vague and ambiguous. Notwithstanding, I have been treated for the following conditions some of which I believe were a result of the occurrence:**

**In October, 2005, I was treated at Edward Hospital 801 S. Washington, Naperville, IL 60540 for pnenomia.**

Exhibit C

In May, 2006 I was treated by Dr. Jeffrey Oken out of Marianjoy Medical Group,17 W 682 Butterfield Rd., Oakbrook Terrace, IL 60181 for shingles.

In November, 2006, I was treated at Edward Hospital 801 S. Washington, Naperville, IL 60540 for pnemonia .

In January or February, 2007, I was treated at Edward Hospital Emergency Room,  801 S. Washington, Naperville, IL 60540 for celulitus.

In April, 2007, I was treated at Edward Hospital Emergency Room  801 S. Washington, Naperville, IL 60540 for pnemonia.

On April 30, 2007, I was treated by Dr. Timothy Lubenow, Rush University Medical Center Rush Pain Center, 1725 W. Harrison, Suite 550, Chicago, IL 60612 for five days for Chronic Regional Pain Syndrom (CRPS) and Regional Sympathetic Nerve Dystrophy (RSND).

On July 24, 2008, I took a very bad fall, due to the inability to walk or use my right leg, due to the injury I sustained in October11, 2005. My right leg shakes uncontrollably even while wearing my brace and the shaking and pain caused me to fall.  As a result I have a fractured chin, chipped teeth, oral mouth lacerations and infections, including swollen nose and black eyes. I was treated at Good Samaritan Hospital by Dr. Matthew Belden with a final diagnosis of mucosal lip laceration.

Investigation continues.

11.    Have you ever filed any other suits for your own personal injuries?  If so, state the natures of the injuries claimed, the court and the captions in which filed, the years filed, and the titles and docket numbers of the suits.

**ANSWER:**    **Yes, in 1979 I was a passenger in an automobile accident.  I had to have facial reconstruction.  Anesi,Ozmon & Lewin  represented me and the case settled in 1986.  The settlement amount was around $300,000.00.**

12.    Have you ever filed a claim for and/or received workers' compensation benefits?  If so, state the name and address of the employer against whom you filed for and/or received benefits, the date of the alleged accidents, the description of the alleged accident or accidents, the nature of your injuries claimed and the name of the insurance company, if any, who paid such benefits.

ANSWER:    Presently I am receiving Workers' Compensation benefits.  My Workers' Compensation claim is against PMR for the incident of October 11, 2005, which is the subject of this litigation.  It is case number 05 WC 49251 I am presently receiving $774.90 every two weeks through Workers' Compensation; and receiving $1,027.00 a month from Social Security for disability.  I also had an injury on November 24, 2004 and February 23, 2005.  The records on the occurrence were previously forarded in Plaintiff 26 (a)(1) disclosure.

Exhibit C
16

13.   Have you every received any payment and/or other consideration from any source in compensation for the injuries alleged in your Complaint?  If yes, state:

(a)   The amount of such payment and/or other consideration received;

(b)   The name of person, firm, insurance company and/or corporation making such payment or providing other consideration and the reason for the payment and/or other consideration; and

(c)   Whether there are any document evidencing such payment and/or other consideration received.

**ANSWER:    I am presently receiving $774.90 every two weeks through Workers' Compensation; and receiving $1,027.00 a month from Social Security for disability; case number 05 WC 49251.  Investigation continues.**

14.   Were any photographs, movies and/or videotapes taken of the scene of the occurrence or of the persons and/or objects involved?  If so, state the date or dates on which such photographs, movies and/or videotapes were taken, the subject thereof, who now has custody of them, and the name, address, occupation and employer of the person taking them.

**ANSWER:    Yes. See Plaintiff's 26(a) disclosures.   Plaintiff is in the process of obtaining any photographs in Defense Counsel's possession.  Investigation continues.**

15.   Have you (or has anyone acting on your behalf) had any conversations with any person since the time of the occurrence with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person since the time of the occurrence with regard to the injuries complained of by Plaintiff or to the manner in which the occurrence complained of occurred?  If the answer to this interrogatory is in the affirmative, state the following:

(a)   The date or dates of such conversations and/or statements;

(b)   The place of such conversations and/or statements;

(c)   All persons present for the conversations and/or statements;

(d)   The matters and things stated by the person in the conversations and/or statements;

(e)   Whether the conversation was oral, written and/or recorded; and

(f)   Who has possession of the statement if written and/or recorded.

**ANSWER:    Objection, overly broad.   Notwithstanding, yes. a co-worker contacted my wife, Theresa, and advised her of the situation on the date of the occurrence. Theresa then called my family members after the incident and told them what had happened and that I would be having surgery.     Plaintiff is not in possession of any formal statements, but representatives of the law firm that is representing me, had an oral conversation with Joe Ivanauskas and I had a conversation with Joe Ivanauskas.   No formal statements were taken. Investigation continues.**

16.     Do you know of any statements made by any person relating to the occurrence? If so, give the name and address of each such person, the date of the statement, and state whether such statement was written and/or oral.

**ANSWER:     Objection, overly broad.   No formal statements have been taken.  Notes of conversations with the PMR employees had with workers on location were disclosed in Plaintiff's 26 (a) (1) disclosure.   Also, representatives of my attorney spoke with Joe Ivanauskas.  My attorney contacted PMR to get the records that were subpoenaed.**

17.     Had you consumed any alcoholic beverage or drugs or medications within 24 hours immediately prior to the occurrence?  If so, state the names and addresses of those from whom it was obtained, where it was consumed or used, the particular kind and amount of alcoholic beverage or drug or medication so consumed or used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the consumption of alcoholic beverages or use of said drugs or medications.

**ANSWER:     No.**

18.     Have you ever been convicted of a felony or misdemeanor involving dishonesty or false statement? If so, state the nature thereof, the date of the conviction, and the Court and the caption in which the conviction occurred. For the purpose of this interrogatory, a plea of guilty shall be considered as a conviction.

**ANSWER:     No.**

19.     Describe in detail the events and circumstances surrounding the alleged occurrence, beginning with your arrival at the subject Home Depot store and ending with the first time you received medical treatment for your alleged injuries.

**ANSWER:     Objection, calls for a narrative.  The question is overly broad.    Investigation continues.**

20.     Describe all training that you received for the work you were to perform for Professional Manufacturers Representatives, from the date of your hire until the date of the alleged occurrence.

**ANSWER:     Objection, calls for a narrative and this   question is overly broad. Investigation continues.**

Exhibit C

21.    Identify all training materials, written instructions, plans, diagrams or other documents you received for the work you were to perform for PMR from the date of your hire until the date of the alleged occurrence.

> **ANSWER:**    **My attorneys have in their possession the documents previously disclosed in their Plaintiff's 26 (a) response page 1 - 2378 inclusive. Investigation continues.**

22.    Identify the individual or individuals with whom you were directly working at the time of the alleged occurrence.

> **ANSWER:**    **Objection, calls for a narrative. The question is overly broad.   Investigation continues.**

23.    Did you, your attorneys or anyone else acting on your behalf speak to anyone at Home Depot regarding the alleged occurrence between the day of the alleged occurrence and the date you filed your Complaint?  If the answer to this interrogatory is in the affirmative, state the following:

(a)    The date or dates of such conversations and/or statements;
(b)    The place of such conversations and/or statements;
(c)    All persons present for the conversations and/or statements;
(d)    The matters and things stated by the person in the conversations and/or statements;
(e)    Whether the conversation was oral, written and/or recorded; and
(f)    Who has possession of the statement if written and/or recorded.

> **ANSWER:**    **Objection, overly broad.   I am not aware of any conversations and/or statements with any employees of Home Depot, other than what occurred on the date of the occurrence.   Investigation continues.**

24.    List the names and addresses of all persons (other than yourself and persons heretofore listed) who have knowledge of the facts of the occurrence and/or the in juries and damages claimed to have resulted therefrom.

> **ANSWER:**    **Objection, overly broad.   Notwithstanding, my attorney, family, friends, medical providers and parties to this lawsuit. Investigation continues.**

**(LATEST UPDATE 8/6/08 - 12:15 p.m.)**

Exhibit C



21.  Identify all training materials, written instructions, plans, diagrams or other documents you received for the work you were to perform for PMR from the date of your hire until the date of the alleged occurrence.

  **ANSWER:**  **My attorneys have in their possession the documents previously disclosed in their Plaintiff's 26 (a) response page 1 - 2378 inclusive. Investigation continues.**

22.  Identify the individual or individuals with whom you were directly working at the time of the alleged occurrence.

  **ANSWER:**  **Objection, calls for a narrative.  The question is overly broad.   Investigation continues.**

23.  Did you, your attorneys or anyone else acting on your behalf speak to anyone at Home Depot regarding the alleged occurrence between the day of the alleged occurrence and the date you filed your Complaint?  If the answer to this interrogatory is in the affirmative, state the following:

  (a)  The date or dates of such conversations and/or statements;
  (b)  The place of such conversations and/or statements;
  (c)  All persons present for the conversations and/or statements;
  (d)  The matters and things stated by the person in the conversations and/or statements;
  (e)  Whether the conversation was oral, written and/or recorded; and
  (f)  Who has possession of the statement if written and/or recorded.

  **ANSWER:**  **Objection, overly broad.  I am not aware of any conversations and/or statements with any employees of Home Depot, other than what occurred on the date of the occurrence.  Investigation continues.**

24.  List the names and addresses of all persons (other than yourself and persons heretofore listed) who have knowledge of the facts of the occurrence and/or the in juries and damages claimed to have resulted therefrom.

  **ANSWER:**  **Objection, overly broad.  Notwithstanding, my attorney, family, friends, medical providers and parties to this lawsuit.  Investigation continues.**

Exhibit C
19

Under penalties as provided by Law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

BY: _____
     **Terence Jerman**

*Theresa Harshey - Jerman*
Theresa HARSHEY - Jerman

Paul G. O'Toole, Esq.
Attorney for Plaintiff *Jerman*
**REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE**
20 N. Clark Street
Suite 1700
Chicago, Illinois 60602
(312) 372-6367
Firm I.D. # 90674

Exhibit C