JPM                              #39907                              11663

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE JERMAN and THERESA HARSKEY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6517 |
| v. | ) ) | Judge Castillo |
| HOME DEPOT U.S.A., INC., a foreign Corporation, d/b/a THE HOME DEPOT, | ) ) ) | |
| Defendant | ) | |

## **NOTICE OF MOTION**

TO:   Paul G. O'Toole                                   George N. Vurdelja , Jr.
           Reibman, Hoffman, Baum Hirsch & O'Toole   Harrison & Held
           20 N. Clark Street, Suite 1700              333 S. Wacker, Suite 1700
           Chicago, IL 60602                                Chicago , IL 60606
           potoolerhb@ameritech.net                   gvurdelja@harrisonheld.com

**PLEASE TAKE NOTICE** that on <u>Tuesday, September 9, 2008, at 9:45 a.m.</u>, the undersigned shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141, or in the Courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present ***Home Depot U.S.A., Inc.'s Motion to Compel***, a copy of which is attached hereto and herewith served upon you.

                                             McVEY & PARSKY, LLC


                                     BY: <u>/s/John P. McCorry</u>
                                          John P. McCorry (#6280573)
                                          Attorney for Plaintiffs

John P. McCorry
McVEY & PARSKY, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax:    312/551-2131

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of September, 2008, I electronically filed Defendant Home Depot U.S.A., Inc.'s ***Motion to Compel*** with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

    Paul G. O'Toole
    Nancy L. Hirsch
    Mark Anthony Heftman
    David M. Baum
    Reibman, Hoffman, Baum Hirsch & O'Toole
    20 N. Clark Street, Suite 1700
    Chicago, IL 60602
    potoolerhb@ameritech.net

    George N. Vurdelja , Jr.
    Harrison & Held
    333 S. Wacker, Suite 1700
    Chicago , IL 60606
    Email: gvurdelja@harrisonheld.com

                                      s/ John P. McCorry
                                      John P. McCorry
                                      Attorney No. 6280573
                                      Attorney for Defendant, Home Depot U.S.A., Inc.