UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Terence Jerman, et al.
                    Plaintiff,
v.                                          Case No.: 1:07−cv−06517
                                            Honorable Ruben Castillo
Home Depot U.S.A., Inc.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Status hearing held on
9/9/2008 and continued to 9/25/2008 at 9:45 AM. Plaintiff is directed to supplement the
answers or file a written response to defendant's motion to compel [50] on or before
9/23/2008. The Court will rule on 9/25/2008 at 9:45 AM. Third party defendant's oral
motion for an extension of time to answer is granted. Third party defendant is given until
9/16/2008 to answer or otherwise plead to the third party complaint.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.